UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

| | |
|---|---|
| PHARMACY CORPORATION OF <br> AMERICA D/B/A PHARMERICA, ET AL. <br> <br> Plaintiffs/Judgment Creditors/Garnishors, <br> <br> v. <br> <br> CHAMPAIGN URBANA NURSING <br> AND REHAB, LP, ET AL. <br> <br> Defendants/Judgment Debtors, <br> <br> v. <br> <br> FIRST MIDWEST BANK <br> <br> Garnishee. | CASE NO.  1:20-CV-00447 |

### PLAINTIFF'S MOTION FOR WRIT OF NON-WAGE GARNISHMENT

**NOW COMES** the Plaintiffs/Judgment Creditors/Garnishors, Pharmacy Corporation of America d/b/a PharMerica and PharMerica Drug Systems, LLC d/b/a PharMerica, ("PharMerica"), by and through counsel, and for their Motion for Writ of Non-Wage Garnishment, states as follows:

1. On December 10, 2019, PharMerica was granted an Order of Partial Judgment against Champaign Urbana Nursing and Rehab, LP ("Judgment Debtor") by the United States District Court for the Western District of Kentucky, Case No. 3:18-cv-754-RGJ-RSE, in the principal amount of $230,481.01, plus interest through November 26, 2019, totaling $63,536.99,

and continuing at the rate of $113.66 per day from November 27, 2019, until paid in full; post-judgment interest at the rate of 18% per annum; and all reasonable costs and expenses of collection or enforcement of the judgment, including but not limited to, reasonable attorneys' fees and court costs (the "Judgment"). *See* DN 1. The Judgment is valid, subsisting and unpaid. An Affidavit for Writ of Non-Wage Garnishment is attached as Exhibit 1.

2. The Judgment was duly registered in this Court on January 21, 2020.

3. PharMerica has a judgment wholly unsatisfied, against Defendant/Judgment Debtor, Champaign Urbana Nursing and Rehab, LP, registered in this court from which the writ is being sought.

4. PharMerica has conducted an asset investigation and, on the basis of that investigation, believes that Judgment Debtor does not have or possess property in Kentucky subject to execution sufficient to satisfy the Judgment.

5. The amount alleged to be due is the balance of the Judgment in the principal amount of $230,481.01, plus interest through November 26, 2019, totaling $63,536.99, and continuing at the rate of $113.66 per day from November 27, 2019, until paid in full; post-judgment interest at the rate of 18% per annum; and all reasonable costs and expenses of collection or enforcement of the judgment, including but not limited to, reasonable attorneys' fees and court costs as indicated in the writ.

6. PharMerica, based upon its asset investigation, has reason to believe, and does believe, that First Midwest Bank, whose business address is 8750 West Bryn Mawr Avenue, Suite 1300, Chicago, Illinois 60631, is indebted to Champaign Urbana Nursing and Rehab, LP in amounts exceeding those exempted from garnishment by any state or federal law; or that First Midwest Bank has possession or control of personal property or effects belonging to Champaign

Urbana Nursing and Rehab, LP which are not exempted from garnishment by any state or federal law.

**WHEREFORE**, PharMerica respectfully requests that this Honorable Court grant its motion, and enter an Order issuing a writ of garnishment, and for all other relief the Court deems just and proper.

Respectfully submitted,

Richard A. Saldinger
Latimer LeVay Fyock LLC
55 W. Monroe
Suite 1100
Chicago, Illinois 60603
(312) 422-8000
rsaldinger@llflegal.com

-and-

*/s/ Matthew C. Williams*
Jennifer Metzger Stinnett (KY 89917)
Matthew C. Williams (KY 95836)
FULTZ MADDOX DICKENS PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Tel: (502) 588-2000
Fax: (502) 588-2020
jstinnett@fmdlegal.com
mwilliams@fmdlegal.com

## CERTIFICATE OF SERVICE

I certify that on January 24, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy of the foregoing was also served via electronic mail and U.S. Mail, First-Class and electronic mail on the following:

John B. Wolf
ASHMAN & STEIN
8707 N. Skokie Blvd., Suite 100
Skokie, Illinois 60077
(312) 782-3484
(847) 983-0388 (fax)
jwolf@ashmanstein.com


                                        */s/ Matthew C. Williams*
                                        Counsel for Plaintiff