# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

| | | |
|---|---|---|
| PHARMACY CORPORATION OF AMERICA D/B/A PHARMERICA, ET AL. | ) ) ) ) ) ) | |
| Plaintiffs/Judgment Creditors, | ) ) | CASE NO. 1:20-CV-00447 |
| v. | ) ) | |
| CHAMPAIGN URBANA NURSING AND REHAB, LP, ET AL. | ) ) ) ) | |
| Defendants/Judgment Debtors, | ) ) ) | |
| v. | ) ) | |
| FIRST MIDWEST BANK | ) ) | |
| Garnishee. | ) ) | |

### AFFIDAVIT FOR WRIT OF NON-WAGE GARNISHMENT

I, Matthew C. Williams, counsel for Plaintiffs/Judgment Creditors/Garnishors, Pharmacy Corporation of America d/b/a PharMerica and PharMerica Drug Systems, LLC d/b/a PharMerica, ("PharMerica"), on oath states:

1. I believe garnishee, First Midwest Bank is indebted to Judgment Debtor, Champaign Urbana Nursing and Rehab, LP, other than for wages, or has in its possession, custody or control other property belonging to the Judgment Debtor or in which it has an interest.

2. The last known address of Judgment Debtor, Champaign Urbana Nursing and Rehab, LP and the address of the registered agent on file with the Illinois Secretary of State are:

    Champaign Urbana Nursing and Rehab, LP
    302 Burwash Avenue
    Savoy, Illinois 61874

Champaign Urbana Nursing and Rehab, LP
Stephen N. Sher, Registered Agent
5750 Old Orchard Road, Suite 420
Skokie, Illinois 60077

I request that a writ of non-wage garnishment issue directed to garnishee.

Attorney No. KY 95836
Name: Matthew C. Williams
Address: Fultz Maddox Dickens PLC
101 S. Fifth Street, 27th Floor
City/Zip: Louisville, Kentucky 40202
Telephone: (502) 588-2000
Fax: (502) 588-2020

Signed and sworn to before me on this 24th day of January, 2020.

_____
Notary Public

Under penalties provided by law the above certifies that the statements set forth herein are true and correct.

## CERTIFICATE OF ATTORNEY

I, the undersigned certify, under penalties as provided by law, to the Court that the following information is true:

1. Judgment in the above captioned case was entered on December 10, 2019 in the United States District Court for the Western District of Kentucky; registered in the United States District Court for the Northern District of Illinois on January 21, 2020.

2. The amount of Judgment against Champaign Urbana Nursing and Rehab, LP is $230,481.01, plus interest through November 26, 2019, totaling $63,536.99, and continuing at the rate of $113.66 per day from November 27, 2019, until paid in full; post-judgment interest at the rate of 18% per annum; and all reasonable costs and expenses of collection or enforcement of the judgment, including but not limited to, reasonable attorneys' fees and court costs.

3. The above named Judgment Debtor is not now, nor have they been at any time during the pendency of this action, in the active military service of the United States of America.

DEDUCT: Total amount paid by or on behalf of the judgment debtor prior to this garnishment: $0.00

BALANCE DUE FROM JUDGMENT CREDITOR:
- $230,481.01 - PRINCIPAL
- $70,129.37 – INTEREST (PRE and POST JUDGMENT AS OF JANUARY 24, 2020

- $300,610.38 - **TOTAL UNPAID AS OF January 24, 2020**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON __1/24__, 2020.

_____
Affiant, Attorney for
Plaintiffs/Judgment Creditors/Garnishors
Matthew C. Williams (KY 95836)
Fultz Maddox Dickens PLC
101 S. Fifth Street, 27th Floor
Louisville, Kentucky 40202
(502) 588-2000
mwilliams@fmdlegal.com

Subscribed and sworn to before me by the above affiant this 24th day of January, 2020.

My Commission expires: March 11, 2020

_____
Notary Public, State at Large

3