IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHARMACY CORPORATION OF AMERICA D/B/A PHARMERICA, ET AL. | ) ) ) ) ) | |
| Plaintiffs/Judgment Creditors/Garnishors, | ) ) | CASE NO. 1:20-CV-00447 |
| v. | ) ) | |
| CHAMPAIGN URBANA NURSING AND REHAB, LP, ET AL. | ) ) ) | |
| Defendants/Judgment Debtors, | ) ) ) | |
| v. | ) ) | |
| FIRST MIDWEST BANK | ) ) | |
| Garnishee. | ) | |

**ORDER ON MOTION FOR WRIT OF GARNISHMENT
AS TO FIRST MIDWEST BANK**

THIS MATTER, coming to be heard on motion of the Plaintiffs/Judgment Creditors/Garnishors, Pharmacy Corporation of America d/b/a PharMerica and PharMerica Drug Systems, LLC d/b/a PharMerica, ("PharMerica"), for Writ of Garnishment, the Court being advised of the premises, it is hereby Ordered that:

1. PharMerica's Motion for Writ of Garnishment is GRANTED.

2. The amount to be held to satisfy the indebtedness of Gardenview Manor, LLC d/b/a Gardenview Manor is $151,425.79 as of January 24, 2020.

3. YOU ARE HEREBY COMMANDED, unless otherwise directed by the court, by the attorney of record for PharMerica, or by this writ, not to pay any debt, other than earnings, owed to the Defendant/Judgment Debtor Gardenview Manor, LLC d/b/a Gardenview Manor, at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects of Gardenview Manor, LLC d/b/a Gardenview Manor in your possession or control at the time when this writ was served. Any such payment delivery, sale, or transfer is void to the extent necessary to satisfy PharMerica's claim and costs for this writ with interest.

4. YOU ARE FURTHER COMMANDED to answer the attached writ, within twenty (20) days after the service of the writ upon you, by:

    (a) Producing documents responsive to the attached Writ of Garnishment by mailing or delivering the original of such answer to the court, one copy to the plaintiff or the plaintiff's attorney, and one copy to the defendant;

    (b) Filing Answers to the attached Garnishment Interrogatories.

5. If you owe the defendant a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and any processing fee if one is charged and release all additional funds or property to the defendant.

6. IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFF'S CLAIM AGAINST THE DEFENDANT WITH ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR NOT YOU

OWE ANYTHING TO THE DEFENDANT. IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL

7. JUDGMENT MAY ALSO BE ENTERED AGAINST THE DEFENDANT FOR COSTS AND FEES INCURRED BY THE PLAINTIFF.

Dated: 1/30/2020

_____
The Honorable Judge Sharon Johnson Coleman
U.S. District Court of Northern Illinois